```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

JEREMY DALE REESE                                              PLAINTIFF

      v.         Civil No. 08-5200

JEREMY McNABB                                                  DEFENDANT

### ORDER

NOW on this 1st day of December 2008, comes on for consideration the Report and Recommendation of the Magistrate Judge (document #6), filed on October 10, 2008, and plaintiff's Objections (document #7), filed on October 22, 2008. The Court, being well and sufficiently advised, finds that plaintiff's objections offer neither law nor fact requiring departure from the Report and Recommendation and the same should be, and it hereby is, adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation of the Magistrate Judge** is **adopted *in toto*.** Accordingly, the Court hereby adopts the Report and Recommendations and the plaintiff's complaint is dismissed for failure to state a claim. *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii)(IFP action, or any portion thereof, may be dismissed on such grounds at any time).

**IT IS SO ORDERED.**

                                                  /s/ Jimm Larry Hendren  
                                                JIMM LARRY HENDREN  
                                                UNITED STATES DISTRICT JUDGE